UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. **08CR 450** |
| v. | ) | |
| MARC WILLIAM NELSON | ) | Judge Sidney I. Schenkier |

### AFFIDAVIT IN REMOVAL PROCEEDINGS

The undersigned Affiant personally appeared before Sidney I. Schenkier, a United States Magistrate Judge, and being duly sworn on oath, states: that in the Eastern District of Missouri, MARC WILLIAM NELSON, was released on a $10,000 personal recognizance bond, and that on the basis of Affiant's investigation and information received concerning the case through official channels, does hereby certify that a petition has been filed seeking to revoke NELSON'S pretrial release and a Warrant for Arrest is outstanding for the arrest of said defendant. (See Attached - Warrant for Arrest).

Wherefore, Affiant prays that the defendant be dealt with according to law.

_____
Anthony Caterlacci
Deputy United States Marshal

Subscribed and Sworn to before me this
3rd day of June, 2008.

_____
SIDNEY I. SCHENKIER
United States Magistrate Judge

**FILED**

JUN 0 3 2008  TC
6-3-08
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

AUSA STEVEN A. BLOCK
(312) 886-7647

Bond set [or recommended] by issuing Court at _____

PS 10
(8/85)

# UNITED STATES DISTRICT COURT

for

Eastern District Of Missouri

U.S.A. vs.    Marc William Nelson.    Docket No.    4:08CR 108CEJ

TO:¹ United States Marshal for the Eastern District of Missouri

| WARRANT FOR ARREST OF DEFENDANT | | | |
|---|---|---|---|
| You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her pretrial release imposed by the court. | | | |
| NAME OF DEFENDANT<br>Nelson, Marc William | SEX<br>Male | RACE<br>Black ( Non-hispanic origin ) | AGE<br>29 |
| CLERK<br>James Woodward | (BY) DEPUTY CLERK | DATE<br>May 8, 2008 | |
| RETURN | | | |
| Warrant received and executed. | DATE RECEIVED | DATE EXECUTED | |
| EXECUTING AGENCY (NAME AND ADDRESS) | | | |
| NAME | (BY) | DATE | |

¹Insert designation of officer to whom the warrant is issued. e.g., "any United States Marshal or any other authorized officer," or "United States Marshal for _____ District of _____;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."