## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Sidney I. Schenkier | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 450 - 1 | **DATE** | 6/4/2008 |
| **CASE TITLE** | United States of America vs. Marc Nelson | | |

**DOCKET ENTRY TEXT**

Detention hearing held. Enter order setting conditions of release. The bond issued out of the Eastern District of Missouri is to stand and will be applicable to this release. Mr. Nelson is to appear at Pretrial Services Office, 111 S. 10th St., Suite 6345, St. Louis, MO 63102, the United States District Court-Eastern District of Missouri on 6/5/08 by 3:00 p.m.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:30

| | Courtroom Deputy Initials: | mm |
|---|---|---|